IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLAIRE E. PROCHASKA,

                                                                ORDER
                    Plaintiff,

                                                            26-cv-224-wmc
          v.

FRANK BISIGNANO,
Commissioner of Social Security,

                    Defendant.

---

Pursuant to a joint motion for remand (dkt. #4) filed by the parties on May 18, 2026,

IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to

sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further

proceedings as set forth in that stipulation.

Entered this 19th day of May, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge